**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Eddy A. Feliz | : | CIVIL ACTION NO. 02-3541 |
| vs. | : | |
| The Kintock Group, et al | : | |

March 30, 2004

## N O T I C E

      Pursuant to the Court's order of 12/30/03, the Clerk has been specially appointed to serve a Notice of Lawsuit and Request for Waiver of Summons and Waiver of Service of Summons upon each defendant in the above case. The waiver was mailed to the above defendant(s) on 2/27/04. As of this date, the following defendant(s) have not waived service:

      ALL DEFENDANTS

      In compliance with the court's order of 12/30/03 the complaint will be forwarded to the United States Marshal Service to effect service.

      Very truly yours,

      MICHAEL E. KUNZ
      CLERK OF COURT


      by:_____
                                Deputy Clerk


cc: Judge Petrese B. Tucker