IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDDY A. FELIZ** | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 02-3541 (PBT) |
| **THE KINTOCK GROUP, et al.** | |
| Defendants. | |

**O R D E R**

**AND NOW**, this _____ day of May, 2004, upon consideration of Plaintiff's Motion to Temporarily Set Aside Previous Order (Doc. 16), **IT IS HEREBY ORDERED** that the motion is **DENIED**. The Court is without jurisdiction to amend another court's order requiring Plaintiff to pay restitution. With respect to the fee deducted to pay the filing cost of Plaintiff's lawsuit before this Court, Plaintiff has not indicated that the deduction of $7.04 was unlawful.

It is **FURTHER ORDERED**, upon consideration of Plaintiff's Motion to Stay Proceedings (Doc. 18), is **DENIED WITHOUT PREJUDICE**.[1]

It is **FURTHER ORDERED**, upon consideration of Plaintiff's Motion to for an Extension of Time to Amend (Doc. 19), that the motion is **GRANTED** and Plaintiff's amended complaint, attached to the motion, is accepted as filed.

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] The motion actually seeks leave to amend the complaint to name additional defendants. This motion may be raised later in the proceedings. If Plaintiff's elects to renew the motion, he must identify the new defendants to be named and the factual basis