IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDDY A. FELIZ** | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 02-3541 (PBT) |
| **THE KINTOCK GROUP, et al.** | |
| Defendants. | |

**O R D E R**

**AND NOW**, this _____ day of May, 2004, upon consideration of Plaintiff's request for appointment counsel, **IT IS HEREBY ORDERED** that the request is **GRANTED**. The Clerk of the Court shall appoint counsel to the above-referenced action consistent with the **Prisoners Civil Rights Panel**.[1] Plaintiff is advised that the Prisoners Civil Rights Panel is a voluntary organization, and it is not mandatory that counsel on the Panel accept any case. Should the Panel elect not to accept this case, Plaintiff shall proceed *pro se*.[2] The Court will notify Plaintiff of the Panel's decision.

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] Plaintiff's first amended complaint is entered at Document #12, and his second amended complaint is entered at Document #19. Both complaints should be distributed to the Prisoners Civil Rights Panel.

[2] *Pro se* means that you will represent yourself in litigating this case without assistance of counsel. This will occur only if the Prisoners Civil Rights Panel does not accept your case.