IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDY A. FELIZ, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 02-3541 |
| THE KINTOCK GROUP, et al., | : |
| Defendants. | : |

**ORDER**

**AND NOW,** on this 13th day of January, 2005, upon consideration of Plaintiff's Motion for Preliminary Injunction and Motion for Temporary Restraining Order (Doc. 24), it is hereby ordered that Plaintiff's motions are **DENIED**[1].

BY THE COURT:

/S/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] In order to prevail on a motion for Temporary Restraining Order or a motion for a Preliminary Injunction, the moving party must establish, *inter alia*, the likelihood of success on the merits of the case. *Novartis Consumer Health, Inc. v. Johnson & Johnson-Merck Consumer Pharms. Co.*, 290 F.3d 578, 586 (3d Cir., 2002) (citation omitted). Plaintiff fails to meet this element and consequently his motions are denied.