IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **EDDY A. FELIZ,** | : | |
| | : | |
| **Plaintiff,** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-3541 |
| | : | |
| **THE KINTOCK GROUP, et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

**AND NOW,** on this 13th day of January, 2005, upon consideration of Plaintiff's Motion for Reconsideration (Doc. 25), it is hereby ordered that Plaintiff's motion is **DENIED**.

BY THE COURT:

/S/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**