IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDY A. FELIZ, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 02-3541 |
| THE KINTOCK GROUP, et al., | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this ____ day of October, 2006, upon consideration of *pro se* Plaintiff, Eddy Feliz's Motion to Enforce (Doc. 33), **IT IS HEREBY ORDERED and DECREED** that the Motion is **DISMISSED AS MOOT**.[1]

BY THE COURT:

/S/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] Although termed "Motion to Enforce," Plaintiff motion requested that the United States Marshall effectuate service of Plaintiff's Second Amended Complaint upon Defendants pursuant to 28 U.S.C. § 1915. The appropriate documents have been forwarded to the United States Marshall and the Defendants will be served.