#20  JAN. 25, 2007  SF# 032136  TO QUARTER SESSIONS FILE INC-SRT  K005

**DC-300B (PART I)**
Rev. 7/99

Dallas Sex HCK-0068

**COURT COMMITMENT**
STATE OR COUNTY CORRECTIONAL INSTITUTION
Commonwealth of Pennsylvania
vs.

BROWN, ANTHONY

**COMMITMENT NAME (LAST, FIRST, INITIAL, SUFFIX)**

Type or Print Legibly

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
BOX 598 CAMP HILL, PA. 17001-0598
Attn: Central Office Records

CMC#020E 5152-5755

NOTE: Additional supply of this form available at above address

☐ DC-300B (PART II) attached

| SEX | Date of Birth | SID | OTN | COURT OF INITIAL JURISDICTION | COMMON PLEAS |
|---|---|---|---|---|---|
| ☐ F ☒ M | 4-3-63 | 032136 | N 125 679 | ☐ | ☒ |

COMMITTING COUNTY: PHILA
COURT NUMBER: CP#0204-0146 (bill 1)
DATE/TERM:

MANDATORY SENTENCE: ☐ Yes  ☒ No
BOOT CAMP RECOMMENDED: ☐ Yes  ☒ No
COUNTY REFERENCE #:

The above defendant after ☐ Pleading guilty ☐ Nolo contendre ☒ Being found guilty ☐ GBMI

was on 8-7-02, sentenced by Judge JOHN J. O'GRADY

to a term of not less than 1 years, — months, — days nor more than 2 years, — months,
— days, or _____ for the offense of

AGG. ASSY. (Section 2702) of the Crimes Code) or (other statute) F2. It is further ordered that the said defendant be delivered by the proper authority to and treated as the law directs at the State Corr. Inst. facility located at Graterford, Pa.

| Fine: | Cost: Super Fee waived. | Restitution: |
|---|---|---|
| Amount $ | Amount $ 20% W/E 1st yr. of parole | Amount $ |
| Balance $ | Balance $ | Balance $ |

CREDIT FOR TIME SERVED (EXPLANATION OF CREDIT COMPUTATION ON REVERSE SIDE)
Yes, Prison Cert.

EFFECTIVE DATE OF SENTENCE
1-7-02

THIS SENTENCE IS CONCURRENT WITH:
THIS SENTENCE IS CONSECUTIVE TO: Sentence to run consecutively to any sentence now serving

PROSECUTING ATTORNEY: RICHARD BOBBE
DEFENSE ATTORNEY: Def. Assoc - BRIAN GREGORY
COURT REPORTER: TONI EDWARDS

Original sent to Dallas SCI
cc: Phila Co. Prisons

DISPOSITION ON NON-INCARCERATION OFFENSE(S)
No Further Penalty
bill(1) REAP
(2) ASSt. BY PRIS
(3) SA
(4) REAP
(6) RES ARST

(THIS BLOCK NOT TO BE USED FOR INCARCERATION OFFENSE)

In witness, whereof I have hereunto set my hand and seal of said court, this 14 day of August 2002

(SEAL)

[SCI DALLAS RECORDS AUG 12 2002 stamp]

AUTHORIZED SIGNATURE

**Exhibit D1**

COMMONWEALTH OF PENNSYLVANIA
PHILADELPHIA COUNTY

BOOKING # 00000

CRIMINAL COMPLAINT 45178                    FELONY P/H           DC# 01-01-149338
COMMONWEALTH OF PENNSYLVANIA                                     MC#
COMMONWEALTH OF PENNSYLVANIA VS. ANTHONY BROWN                   02015753

I, THE UNDERSIGNED, DO HEREBY STATE UNDER OATH OR AFFIRMATION:

(1) MY NAME IS:                              DISTRICT ATTORNEY'S REPRESENTATIVE

(2) I ACCUSE ANTHONY BROWN                   WHO LIVES AT
       IN CUSTODY     ---., ------    --.,
    WITH VIOLATING THE PENAL LAWS OF PENNSYLVANIA ON OR ABOUT
    FRIDAY   , JUNE       01, 2001 IN THE COUNTY OF PHILADELPHIA.

(3) THE ACTS COMMITTED BY THE ACCUSED WERE:

AT 1347 WOOD ST, WHILE IN CUSTODY FOR ROBBERY FOR RETURN TO PRISON, THE
DEFENDANT KNOWINGLY, INTENTIONALLY, OR RECKLESSLY CAUSED/ATTEMPTED TO CAUSE
BODILY INJURY TO ANOTHER, AND/OR ATTEMPTED BY PHYSICAL MENACE TO PUT ANOTHER
IN FEAR OF IMMINENT SERIOUS INJURY, BY CONFRONTING THE COMPLAINANTS,
KENNETH PAUL (PROBATION/PAROLE AGENT), AND ERNEST BELLO, GLENN YANIS, AND
ROBERT CANNADY (D.O.C. EMPLOYEES), AND STRUGGLING AND WRESTLING WITH THEM,
REQUIRING SUBSTANTIAL FORCE TO OVERCOME THE RESISTANCE, AND CAUSING INJURY
TO MR BELLO, INCLUDING A CUT HAND
#2 OF 4: CW ERNEST BELLO //// wwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwwww
    IN VIOLATION OF PA. PENAL LAWS, SECTION(S) AND TITLE(S):

    2701-M2   SIM ASSLT            2705-M2   REAP
    2702-F2   AGG ASSLT            5104-M2   RES ARR
    2703-F2   ASSLT/PRIS

ALL OF WHICH IS AGAINST THE PEACE AND DIGNITY OF THE COMMONWEALTH OF PA.
(4) I ASK THAT A WARRANT OF ARREST OR A SUMMONS BE ISSUED AND THAT THE
    ACCUSED BE REQUIRED TO ANSWER THE CHARGES I HAVE MADE. THIS COMPLAINT
    HAS BEEN REVIEWED AND APPROVED BY CYNTHIA C. MARTELLI A.D.A.
(5) I SWEAR TO OR AFFIRM THE WITHIN COMPLAINT UPON MY KNOWLEDGE, INFORMATION
    AND BELIEF, AND SIGN IT ON   / / , BEFORE PHILA. MUNICIPAL COURT
    JUDGE/BAIL COMMISSIONER

_____
          SIGNATURE OF AFFIANT

ON   / / , THE ABOVE NAMED AFFIANT SWORE OR AFFIRMED THAT THE FACTS SET
FORTH IN THE COMPLAINT WERE TRUE AND CORRECT TO THE BEST OF HIS/HER
KNOWLEDGE, INFORMATION AND BELIEF, AND SIGNED IT IN MY PRESENCE. I BELIEVE
THE WITHIN AFFIANT TO BE A RESPONSIBLE PERSON AND THAT THERE IS PROBABLE
CAUSE FOR THE ISSUANCE OF PROCESS.

_____
          ISSUING AUTHORITY       SEAL

WAIVER: ON   / / , I APPEARED BEFORE JUDGE/BAIL COMMISSIONER
WHO READ THE ABOVE COMPLAINT TO ME AND EXPLAINED ITS CONTENTS, AND I HEREBY
WAIVED PRELIMINARY HEARING AND CONSENT TO BE BOUND OVER TO COURT.

_____        _____
         DEFENDANT                                 DEFENSE ATTORNEY

**Exhibit D2**

CLOSED, HABEAS

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:01-cv-06051-WY

FELIZ v. LAVAN, et al
Assigned to: JUDGE WILLIAM H. YOHN, JR
Demand: $0
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 12/03/2001
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

EDDY FELIZ
*(CONVICTED COMMITTED)*
*ANTHONY BROWN*

represented by  **EDDY FELIZ**
CK-0068
SCI-DALLAS
1000 FOLLIES RD
DALLAS, PA 18612
PRO SE

V.

**Respondent**

THOMAS LAVAN

**Respondent**

THE DISTRICT ATTORNEY OF
THE COUNTY OF LUZERN

**Respondent**

THE ATTORNEY GENERAL OF
THE STATE OF PENNSYLVANIA

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2001 | 1 | Relator's petition for writ of habeas corpus together (cw) (Entered: 12/05/2001) |
| 12/03/2001 |   | Habeas Corpus Case Management Track. (cw) (Entered: 12/05/2001) |
| 02/06/2002 | 2 | ORDER THAT PETITIONER'S APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS IS DENIED AND IT IS FURTHER ORDERED THAT UNLESS PETITIONER FURNISHES THE CLERK OF THIS COURT, WITHIN 30 DAYS, A CHECK FOR FIVE DOLLARS, THIS CIVIL ACTION WILL BE DISMISSED AND IT IS FURTHER ORDERED THAT THE CLERK OF COURT FURNISH PETITIONER WITH THE CURRENT FORMS FOR FILING A PETITION PUR TO 28 USC S2254 AND BEARING THE ABOVE- |

# Exhibit D3

|  |  |  |
|---|---|---|
|  |  | CAPTIONED CIVIL ACTION NUMBER AND IT IS FURTHER ORDERED THAT PETITIONER SHALL COMPLETE THESE FORMS IN THEIR ENTIRETY AND RETURN THEM TO THE CLERK OF COURT WITHIN 30 DAYS TOGETHER IN THE SAME ENVELOPE WITH THE CHECK FOR FIVE DOLLARS OR ELSE THIS CIVIL ACTION WILL BE DISMISSED. ( SIGNED BY JUDGE WILLIAM H. YOHN JR. ) 2/7/02 ENTERED AND COPIES MAILED. (gm) (Entered: 02/07/2002) |
| 02/11/2002 | 3 | Request by PETITIONER EDDY FELIZ for order to show cause for change of venue (location), temporary restraining order-in writ of habeas corpus, affidavit(s). (gm) Modified on 02/12/2002 (Entered: 02/12/2002) |
| 02/11/2002 | 4 | MOTION BY PETITIONER EDDY FELIZ FOR APPOINTMENT OF COUNSEL . (gm) (Entered: 02/12/2002) |
| 02/11/2002 | 5 | MOTION BY PETITIONER EDDY FELIZ FOR RELEASE (R.O.R.) ETC PENDING TRIAL . (gm) (Entered: 02/12/2002) |
| 03/14/2002 | 6 | ORDER THAT THIS ACTION IS DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE. ( SIGNED BY JUDGE WILLIAM H. YOHN JR. ) 3/15/02 ENTERED AND COPIES MAILED. (gm) (Entered: 03/15/2002) |
| 03/14/2002 |  | Case closed (kv) (Entered: 03/18/2002) |
| 03/20/2002 | 7 | Notice of appeal by PETITIONER EDDY FELIZ, brief, memorandum, statement. Copies to: JUDGE WILLIAM H. YOHN JR., Clerk USCA, Appeals Clerk, and THE ATTY GEN OF PA, THE D.A. OF LUZERNE, THOMAS LAVAN. (gm) (Entered: 03/21/2002) |
| 03/20/2002 | 8 | Copy of Clerk's notice to USCA re: appeal. (gm) (Entered: 03/21/2002) |
| 03/20/2002 |  | Petitioner has submitted the habeas corpus forms as requested by the Court. (gm) (Entered: 03/21/2002) |
| 03/22/2002 |  | CERTIFIED AND TRANSMITTED RECORD ON APPEAL TO U.S. COURT OF APPEALS. (ke) (Entered: 03/22/2002) |
| 03/26/2002 |  | Notice of Docketing ROA from USCA Re: appeal USCA NUMBER: 02-1807. 3/26/02 (gm) (Entered: 03/26/2002) |
| 04/08/2002 |  | Filing Fee Paid; filing fee $ 5.00 receipt # 787115 (ajf) (Entered: 04/09/2002) |
| 04/24/2002 | 9 | ORDER of USCA as to [7] Notice of Appeal filed by EDDY FELIZ, dated 4/18/02, re: It is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party. (fb) (Entered: 03/17/2004) |
| 04/24/2002 |  | Appeal Record Returned from the U.S. Court of Appeals for the Third Circuit. (fb) (Entered: 03/17/2004) |
| 08/05/2004 | 10 | MOTION BY EDDY FELIZ FOR RELIEF FROM JUDGMENT & ANSWERS IN OPPOSITION.(fb) (Entered: 08/05/2004) |

| | | |
|---|---|---|
| 08/06/2004 | 11 | ORDER THAT THE MOTION FOR RELIEF FROM JUDGMENT & ANSWER IN OPPOSITION IS DENIED, ETC.. SIGNED BY JUDGE WILLIAM H. YOHN JR. ON 8/6/04. 8/6/04 ENTERED AND COPIES MAILED. (fb) Additional attachment(s) added on 8/9/2004 (fb, ). (Entered: 08/06/2004) |
| 08/19/2004 | 12 | Statement re: Incriminating Document/Attempt to Dismiss a Valid Habeas Corpus Action, Questions/interpretation of Federal Law :"False Arrest, First Amendment Retaliation by EDDY FELIZ. (ac, ) (Entered: 08/19/2004) |

### PACER Service Center
### Transaction Receipt

01/25/2007 14:46:35

| | | | |
|---|---|---|---|
| **PACER Login:** | ag0104 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:01-cv-06051-WY |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDY FELIZ, (CONVICTED COMMITTED) ANTHONY BROWN | : CIVIL ACTION :  : |
| vs. | : : |
| THOMAS LAVAN, ET AL. | : NO. 01-6051 |

O R D E R

**AND NOW**, this 6th day of August, 2004, upon consideration of plaintiff's "motion for relief from judgment & answers in opposition" (Document No. 10), **IT IS HEREBY ORDERED** that the motion is **DENIED.**[1]

William H. Yohn, Jr., Judge

---

[1] Petitioner filed his petition for writ of habeas corpus under 28 U.S.C. § 2254 on December 3, 2001.

On February 5, 2002 the court denied petitioner's request for leave to proceed in forma pauperis and ordered him to pay the sum of $5.00 within thirty days or the action would be dismissed. In addition, the petitioner was required to resubmit his petition on the official forms and in their entirety. Petitioner did neither and the action was dismissed without prejudice for failure to prosecute on March 14, 2002. Petitioner filed an appeal to the U.S. Court of Appeals for the Third Circuit on March 20, 2002 but the appeal was dismissed by the Third Circuit on April 18, 2002.

Petitioner did nothing further until August 5, 2004 at which time this motion was filed. The motion is clearly untimely and alleges no basis for relief.