IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDY A. FELIZ, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| THE KINTOCK GROUP, et al. | : | No. 02-3541 |
| Defendants | : | |

CORRECTED CERTIFICATE OF SERVICE

I, Sue Ann Unger, hereby certify that the Motion to Dismiss has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a true and correct copy of the said document was mailed on January 29, 2007, by first class mail, postage prepaid to:

Mike Shniedmann
1347 Wood Street
Philadelphia, PA  19107

Eddy A. Feliz, CK 0068
SCI-Dallas
1000 Follies Road
Dallas, PA 18612-0286

Respectfully submitted,

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

By:  /s/Sue Ann Unger
Sue Ann Unger
Senior Deputy Attorney General
Attorney I.D. No. 39009

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107
Telephone:  (215) 560-2127
Fax:  (215) 560-1031

Susan J. Forney
Chief Deputy Attorney General