IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDY A. FELIZ, | : | CIVIL ACTION |
|     Plaintiff | : | |
| v. | : | |
| THE KINTOCK GROUP, et al. | : | No. 02-3541 |
|     Defendants | : | |

## ORDER

AND NOW, this            day of                    , 2007, upon consideration of the motion of plaintiff to alter or amend judgment and the response in opposition of Commonwealth defendants, it is hereby ordered and decreed that plaintiff's motion is DENIED.

BY THE COURT:

_____
PETRESE B. TUCKER, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDY A. FELIZ, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| THE KINTOCK GROUP, et al. | : | No. 02-3541 |
| Defendants | : | |

### RESPONSE BY DEFENDANTS PAUL, YANIS, BELLO AND CAISON IN OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT

Defendants Kenneth Paul from the Pennsylvania Board of Probation and Parole (PBPP) and Glenn Yanis, Ernest Bello, and Lafayette Caison from the Pennsylvania Department of Corrections (DOC)—the only additional defendants who were served, oppose plaintiff's motion to alter or amend the judgment as to all themselves and all the additional DOC defendants who were not served, and incorporate the attached memorandum of law.

WHEREFORE, this Court should deny plaintiff's motion.

Respectfully submitted,

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

By: /s/Sue Ann Unger
Sue Ann Unger
Senior Deputy Attorney General
Attorney I.D. No. 39009

Susan J. Forney
Chief Deputy Attorney General

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107
Telephone:  (215) 560-2127
Fax:  (215) 560-1031

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDY A. FELIZ, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| THE KINTOCK GROUP, et al. | : | No. 02-3541 |
| Defendants | : | |

MEMORANDUM OF LAW IN SUPPORT OF RESPONSE BY DEFENDANTS PAUL, YANIS, BELLO AND CAISON IN OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT

Responding Commonwealth defendants Agent Paul from the Pennsylvania Board of Probation and Parole and officials Yanis, Bello, and Caison from the Pennsylvania Department of Corrections oppose plaintiff's motion to alter or amend judgment, as to all themselves and all the additional DOC defendants who were not served. The copy of the motion respondents received is dated March 29, 2007, and was postmarked April 5, 2007. This response incorporates by reference all the reasons set forth in respondents' motion to dismiss and this Court's order of March 14, 2007.

"The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence." Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985) (citations omitted), cert. denied, 476 U.S. 1171 (1986). To obtain relief plaintiff must establish one of three factors: (1) the development of an intervening change in the law, (2) the emergence of new evidence not previously available, or (3) the need to correct a clear error of law or prevent a manifest injustice. Max's Seafood Cafe v. Quinteros, 176 F.3d 669, 677 (3d Cir.1999).

The granting of a motion to reconsider is an extraordinary remedy and a court should not do so when the motion is merely a re-styling or rehash of issues previously presented. McConocha v. Blue Cross and Blue Shield Mutual of Ohio, 930 F.Supp. 1182, 1184 (N.D.Ohio 1996), cited in Tiwari v. Board of Governors of PaSSHE, No. 4:06-CV-01082, 2007 WL 675306 (M.D.Pa., Mar. 01, 2007); EFMC Intern., Inc. v. Leep, Inc. No. 4:05-CV-1289, 2007 WL 247900, *1 (M.D.Pa. Jan. 26, 2007).  A "court should consider neither new evidence nor a new legal theory which could have been presented on the original motion, taking into account due diligence."  McConocha; EFMC at 1.  "Mere disagreement with the court is a ground for an appeal, not a motion for reconsideration."  Id.

Plaintiff does not meet the above high standard.

For all the above reasons, this Court should deny plaintiff's motion.

                Respectfully submitted,

                THOMAS W. CORBETT, JR.
                ATTORNEY GENERAL

        By:   /s/Sue Ann Unger
              Sue Ann Unger

Office of Attorney General      Senior Deputy Attorney General
21 S. 12th Street, 3rd Floor      Attorney I.D. No. 39009
Philadelphia, PA  19107
Telephone:  (215) 560-2127     Susan J. Forney
      Fax:  (215) 560-1031      Chief Deputy Attorney General

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDY A. FELIZ, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| THE KINTOCK GROUP, et al. | : | No. 02-3541 |
| Defendants | : | |

CORRECTED CERTIFICATE OF SERVICE

I, Sue Ann Unger, hereby certify that the Response in Opposition to Plaintiff's Motion to Alter or Amend Judgment has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a true and correct copy of the said document was mailed on April 10, 2007, by first class mail, postage prepaid to:

> Eddy A. Feliz, CK 0068
> SCI-Dallas
> 1000 Follies Road
> Dallas, PA 18612-0286

> Respectfully submitted,
>
> THOMAS W. CORBETT, JR.
> ATTORNEY GENERAL
>
> By: /s/Sue Ann Unger
> Sue Ann Unger
> Senior Deputy Attorney General
> Attorney I.D. No. 39009
>
> Susan J. Forney
> Chief Deputy Attorney General

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107
Telephone:  (215) 560-2127
      Fax:  (215) 560-1031