IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

EDDY A. FELIZ                                           CIVIL ACTION

v.                                                      02-3541

THE KINTOCK GROUP, ET AL.,
DEFENDANTS

FILED
JUN - 1 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

* REQUEST FOR JUDGMENT BY DEFAULT *

The Plaintiff Eddy Feliz, Moves the U.S. Clerk of Court to enter Judgment By Default (Default Judgment) as Mandated By The Federal Rules of Civil Procedure 55(b). The Defendants Known as: The KINTOCK GROUP, INCLUDING; The Six (6) Defendants, Joseph Corbett, Nicola Cucinotta, Carmen Montanez, Derrick Coates, Diane Wiley, Darryl Olive. Entry of Default was entered on June 5, 2006 By the Clerks Office.

1). Entry of Default was warranted from clear refusal to answer or otherwise defend against the Complaint for over two (2) Years. The Six (6) Defendants ABOVE were served by the U.S. Marshals (Summons & Complaint) on April 29, 2004, Scheduled to Respond ON/BY May 19, 2004. Defendants Refused or Failed to be held accountable.

2). The Six (6) Defendants are NOT in the U.S. Military Services, NOT Victims of Incompetence, and NOT Infants as Described by the NOTARIZED ATTACHED AFFIDAVITS.

3). This Claim is for a "Sum Certain" as Shown in Original Complaint (Relief Requested) Establishing The Amount Due. Attached are Affidavits showing the Same.

WHEREFORE: This Plaintiff Pleads the Clerk of Courts Issue Default Judgment Against KINTOCK & SIX PRIVATE DEFENDANTS.

DATE:_____                          RESPECTFULLY SUBMITTED

                                        EDDY A. FELIZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDDY FELIZ
        v.
THE KINTOCK GROUP, et al.,

CIVIL ACTION #02-3541

HONORABLE: PETRESE B. TUCKER

## AFFIDAVIT AS TO INCOMPETENCE, MILITARY SERVICE OR BEING AN INFANT

PLAINTIFF, EDDY FELIZ BEING DULY SWORN, DEPOSES AND SAYS:

I AM THE PLAINTIFF IN THE ABOVE ENTITLED MATTER.

1. THIS AFFIDAVIT IS PURSUANT TO F.R.C.P. RULE 55(b)

2. THE DEFENDANTS ARE INDIVIDUALS OF THE KINTOCK GROUP: JOSEPH CORBETT, NICOLA CUCINOTTA, CARMEN MONTANEZ, DERRICK COATES, DIANE WILEY, DARRYL OLIVE. ALL WORK FOR KINTOCK AT 1347 WOOD ST PHILA, PA 19107, IN NUMEROUS CAPACITIES, FROM BEFORE JAN 2000 THROUGHOUT THE SERVICE OF SUMMONS AND COMPLAINT ON APRIL 29, 2004, BY THE U.S. MARSHAL SERVICE. ALL INDIVIDUALS ARE PERSONALLY KNOWN BY THE PLAINTIFF. RULED DEFAULTED JUNE, 2 2006.

3. BASED ON THE FACTS ABOVE, THE PLAINTIFF IS CONVINCED THAT NOT ONE OF THE INDIVIDUAL DEFENDANTS IS INCOMPETENT. NOT ONE OF THE DEFENDANTS IS AN INFANT. NOT ONE OF THE DEFENDANTS IS ACTIVELY IN THE MILITARY SERVICE OF THE UNITED STATES.

C.C.
DEFENDANTS
JUDGE
CLERK
FILE

PURSUANT TO 28 U.S.C.S 1746, I DECLARE UNDER PENALTY OF PURJURY THAT THE FORGOING IS TRUE & CORRECT.

EDDY FELIZ
1000 FOXES RD
DALLAS, PA 18612

Commonwealth of Pennsylvania
NOTARIAL SEAL
DANIEL C. DOUGLAS, Notary Public
Jackson Township, Luzerne County
My Commission Expires Oct. 24, 2009

Sworn and subscribed before me this

## * D E C L A R A T I O N *
### IN SUPPORT OF JUDGMENT BY DEFAULT ON DEFENDANTS

Plaintiff, Eddy Feliz Declares Under the Penalty of Perjury:

1). I am the Plaintiff of Civil Action, 02-3541 Filed May 28, 2002.

2). The Six (6) Main Defendants that used an array of Covert acts to dismantle this Civil Action, Individually & Collectively became Liable for Federal & Civil Constitutional Violations Which Resulted in the Following Damages: Representing the $ 800,000 Compensatory Relief Requested in Original Complaint, & Nominal Damages.

A). Denial of Services (Psychological/Medications) Warranted Under 42 U.S.C. 12101 et Seq. Americans with Disability Act. 1990.

B). Retaliation for Complaining to State/Elected official for the Attempt to Enforce the <u>KINTOCK CONTRACT</u> for Services & Benefits Available or NOT Pursuant to 42 U.S.C. 1981, A.D.A. 1990.

C). Retaliation for the Attorney calling Montanez not to Deny the 76th CONTRACT Expense Check, Mandatory to Pay Apartment Lease & Bills, Vital to obtain Parole.

D). Montanez Filed or Had D. Coates File False Report 090743 on 5-30-01, Faxed & Re-Filed by S. Bello, then Supplemented by Report 105493. False Report 090743 was Dismissed on 6-5-01.

E). Damages B, C, D, Are the Result From Exercising First Amendment Protected Activity, Access to redress of grievances, & Contract.

F). The Destruction of Career at the Naval Base Salary: $ 32,000 Per/Yr. Benefit(s) Full Tuition for Employees Children to Attend College of Choice, & from Obtaining Custody of 2 Children from Connecticut.

G). Destruction of 1st Marrige to Carmen Candelario-2001. Montanez Also Destroyed Plaintiffs True Identity, & Preventing Parole from Being Granted from 2000 to 2007. Physical Injury as a result of Emotional Break Down & Hospitalization-8 Days (Wilks Barre).

FINALLY: The Defendants & Agents Infiltrated & Sabotaged Initial Civil Action: 01-CV-6051 & 04-3695, Did Submit A Letter to Judge O'Grady on 8-7-02 to Influence and/or Coerce Punishment.

Pursuant to 28 U.S.C. 1746, I declare under the Penalty of Perjury that the Foregoing is true & Correct.

C.C.
FILE:

*Eddy Feliz* 5-26-07

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDDY FELIZ - PLAINTIFF

v.

THE KINTOCK GROUP, et al,.

CIVIL ACTION
# 02-3541

HONORABLE
PETRESE B. TUCKER

## AFFIDAVIT IN SUPPORT OF REQUEST FOR JUDGMENT BY DEFAULT

PLAINTIFF EDDY FELIZ BEING DULY SWORN, DEPOSES AND SAYS:

1. I AM THE PLAINTIFF IN THE ABOVE ENTITLED MATTER.

2. THE AMOUNT DUE PLAINTIFF FROM MR. JOSEPH CORBETT IS: $150,000.00 FOR:

   A. REFUSAL TO EXERCISE AUTHORITY OVER SUBORDINATE EMPLOYEES, OR VIOLATED CONTRACT POLICIES.

   B. RETALIATION FOR SEEKING PROPER TREATMENT CENTER (MENTAL HEALTH)

   C. VIOLATION OF AMERICAN WITH DISABILITIES ACT 1990, 42 U.S.C. §§ 12132, § 12203

   D. BREECH OF CONTRACT / POLICY VIOLATIONS

   E. DENIAL OF MANDATED STATE SERVICES TO RECIEVE REQUIRED MEDICATIONS FOR MENTAL HEALTH.

   F. OBSTRUCTION OF JUSTICE / ADMINISTRATION OF THE LAW

   G. VIOLATING 42 U.S.C. "1985 (3) - CONSPIRACY & "1986.

NOTE: THE DEFAULT OF THE DEFENDANT HAS BEEN ENTERED FOR FAILURE TO RESPOND/ANSWER COMPLAINT.

EDDY FELIZ
1000 FOLLIES RD
DALLAS, PA 18612

C.C.
CLERK OF COURT
JUDGE
FILE:
DEFENDANT

Commonwealth of Pennsylvania
NOTARIAL SEAL
DANIEL C. DOUGALAS, Notary Public
Jackson Township, Luzerne County
My Commission Expires Oct. 24, 2009

Sworn and subscribed before me this
13 day of June 2006

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDDY FELIZ
v.
THE KINTOCK GROUP, et al.,

CIVIL ACTION #02-3541

HONORABLE: PETRESE B. TUCKER

AFFIDAVIT IN SUPPORT OF REQUEST FOR JUDGMENT BY DEFAULT

PLAINTIFF, EDDY FELIZ, BEING DULY SWORN, DEPOSES AND SAYS:

1. I AM THE PLAINTIFF IN THE ABOVE ENTITLED MATTER

2. THE DEFAULT OF THE DEFENDANT HAS BEEN ENTERED FOR FAILURE TO RESPOND OR ANSWER THE COMPLAINT

3. THE AMOUNT DUE PLAINTIFF FROM: NICOLA CUCINOTTA IS: $150,000.00 FOR:

   A. DENIAL AND PREVENTION TO APPEAL ANY DECISIONS TO STATE AUTHORITIES.

   B. TITLE 18 Pa. C.S.A. §§5301 OFFICIAL OPPRESSION, THREATS

   C. RETALIATION FOR EXERCISING FIRST AMENDMENT: CALLING ATTORNEY RICHARD MOORE ON 5-29-01

   D. RETALIATION FOR CONTACTING STATE REPRESENTATIVE AND SENATOR FOR HELP OF STATE MANDATED POLICIES - JAN 2001

   E. VIOLATION OF AMERICANS WITH DISABILITIES ACT 1990 TITLE II, 42 U.S.C. §§ 12203 (RETALIATION - COERCION)

   F. FALSE ARREST REPORT (CONSPIRACY) - 5-30-01

   G. REFUSAL TO PROVIDE STATE MANDATED GRIEVANCE FORMS TO PRESENT COMPLAINTS TO STATE AUTHORITIES

   H. VIOLATION OF 42 U.S.C. §§1985(3), §§1986 CONSPIRACY

C.C.
DEFENDANT
CLERK
JUDGE
FILE:

EDDY FELIZ
1000 FOLLIES RD
DALLAS, PA 18612

Commonwealth of Pennsylvania
NOTARIAL SEAL
DANIEL C. DOUGAL, Notary Public
Jackson Township, Luzerne County
My Commission Expires...

Sworn and subscribed before me this ___ day of June, 2006

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PA

EDDY FELIZ
V.
THE KINTOCK GROUP, et al.

CIVIL ACTION
# 02-3541

HONORABLE:
PETRESE B. TUCKER

## AFFIDAVIT IN SUPPORT OF REQUEST FOR JUDGMENT BY DEFAULT

PLAINTIFF, EDDY FELIZ BEING DULY SWORN, DEPOSES AND SAYS:

1. I AM THE PLAINTIFF IN THE ABOVE ENTITLED MATTER.

2. THE DEFAULT OF THE DEFENDANT HAS BEEN ENTERED FOR FAILURE TO RESPOND OR ANSWER THE COMPLAINT.

3. THE AMOUNT DUE PLAINTIFF FROM: CARMEN MONTANEZ IS: $150,000.00

   A. DENIAL AND PREVENTION OF APPEAL DECISIONS TO STATE AUTHORITIES, APPEALS OR GRIEVANCE FORMS.
   B. RETALIATION FOR EXERCISING 1ST AMENDMENT: CALLING ATTORNEY RICHARD MOORE ON 5-29-01 ETC.
   C. FALSE ARREST-REPORT (CONSPIRACY) 040743 - 5-30-01
   D. OBSTRUCTION OF JUSTICE / ADMINISTRATION OF THE LAW, ABUSE OF OFFICE, REFUSAL TO PROVIDE MEDICATIONS.
   E. DENIAL OF STATE MANDATED / CONTRACT BENEFIT: (SUBSISTENCE - APT-RENT) EMPLOYMENT CHECK: MANDATED
   F. REFUSAL TO PROVIDE NOTICES/HEARINGS - DUE PROCESS
   G. RETRIBUTION FOR CONTACTING STATE REPRESENTATIVE, AND SENATOR - JAN 2001 FOR MENTAL HEALTH TRANSFER
   H. VIOLATION OF AMERICANS W. DISABILITIES ACT 1990 TITLE II, 42 U.S.C. §§ 12203, §§ 12132
   I. 42 U.S.C. §§ 1985(3), §§ 1986 CIVIL CONSPIRACY

C.C.
DEFENDANTS
JUDGE
CLERK
FILE:

EDDY FELIZ
1000 FOLLIES
DALLAS, PA 18612

Commonwealth of Pennsylvania
NOTARIAL SEAL
DANIEL C. DOUGLASS, Notary Public
Jackson Township, Luzerne County
My Commission Expires Oct. 24, 2009

Sworn and subscribed before me this

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDDY FELIZ
   V
THE KINTOCK GROUP, et al.,

CIVIL ACTION
# 02-3541

HONORABLE PETRESE B. TUCKER

### AFFIDAVIT IN SUPPORT OF REQUEST FOR JUDGEMENT BY DEFAULT

PLAINTIFF, EDDY FELIZ BEING DULY SWORN, DEPOSES AND SAYS:

1. I am the Plaintiff in the above entitled matter.

2. The amount due Plaintiff from: DERRICK COATES IS: $150,000.00 FOR:

A. Retaliation for exercising First Amendment: calling Attorney Richard Moore on 5-29-01.

B. Filing the false arrest (report) on 5-30-01. (090743)

C. Obstruction of Justice/Administration of the Law, Abuse of Office - Title 18 (State)

D. Retaliation for seeking transfer (1-17-01) to Mental Health Treatment Center for lack of (any) psychotropic medications at Kintock.

E. Malice of creating vicious (plot) entrapment of 6-1-01 - culpable of the illegal arrest.

F. Exploitation, Coersion, Violation of 42 U.S.C. §§ 12132, §§ 12203

G. Violation of 42 U.S.C. §§ 1985(3), §§ 1986 (Conspiracy)

C.C.
DEFENDANT
JUDGE
CLERK
FILE:



Commonwealth of Pennsylvania
NOTARIAL SEAL
DANIEL C. DOUGLAS, Notary Public
Jackson Township, Luzerne County
My Commission Expires Oct. 24, 2009

EDDY FELIZ
1000 FOLLIES RD
DALLAS, PA 18612

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENN

EDDY FELIZ, - PLAINTIFF
V.
THE KINTOCK GROUP, et al.,

CIVIL ACTION
# 02-3541

HONORABLE
PETRESE B. TUCKER

**AFFIDAVIT IN SUPPORT OF REQUEST FOR JUDGMENT BY DEFAULT**

PLAINTIFF, EDDY FELIZ BEING DULY SWORN, DEPOSES AND SAYS:

1. I AM THE PLAINTIFF IN THE ABOVE ENTITLED MATTER.

2. THE DEFAULT OF THIS DEFENDANT HAS BEEN ENTERED

3. THE AMOUNT DUE PLAINTIFF FROM DIANE WILEY IS: $150,000.00 FOR:

A. DENIAL OF MANDATED CONTRACTUAL BENEFIT, (SUBSISTENCE - APT. RENT) EMPLOYMENT CHECK / OTHER MONEY - RENT

B. VIOLATION OF AMERICANS WITH DISABILITIES ACT 1990 - 42 U.S.C. §§ 12203 - TITLE II, §§ 12132.

C. TITLE 18 PA. C.S.A. §§ 903, §§ 302, BANK & WIRE FRAUD VIOLATING STATE AND FEDERAL REGULATIONS.

D. DENIAL OF NOTICE/HEARING FOR CONFISCATION OF EMPLOYMENT CHECK - 5-29-01

E. RETALIATION FOR EXERCISING 1ST AMENDMENT, CALLING ATTORNEY TO PROTECT MANDATED CONTRACT (STATE) SERVICES, BENEFITS - MENTAL HEALTH TRANSFER/DIS.

F. 42 U.S.C. §§ 1985(3), §§ 1986 CIVIL CONSPIRACY

CC.
DEFENDANT
CLERK
JUDGE
FILE!

EDDY FELIZ
1000 FOLLIES RD
DALLAS, PA 18612

Commonwealth of Pennsylvania
NOTARIAL SEAL
DANIEL C. DOUGLAS, Notary Public
Jackson Township, Luzerne County
My Commission Expires Oct. 24, 2009

Sworn and subscribed before me this
9 day of June '06

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDDY FELIZ - PLAINTIFF
V.
THE KINTOCK GROUP, ET AL,.

CIVIL ACTION
# 02-3541
HONORABLE
PETRESE B. TUCKER

AFFIDAVIT IN SUPPORT OF REQUEST FOR JUDGMENT BY DEFAULT

PLAINTIFF EDDY FELIZ BEING DULY SWORN, DEPOSES AND SAYS:

1. I AM THE PLAINTIFF IN THE ABOVE ENTITLED MATTER.

2. THE DEFAULT OF THE DEFENDANT HAS BEEN ENTERED FOR FAILURE TO RESPOND OR ANSWER THE COMPLAINT.

3. THE AMOUNT DUE PLAINTIFF FROM MR. DARRYL OLIVE IS: $150,000.00 FOR:

   A. ABUSE OF OFFICE/POLICY-VISITS

   B. OBSTRUCTION OF JUSTICE/MANDATED SERVICES

   C. VINDICTIVE PERSECUTION, MALICE

   D. VIOLATION OF 42 U.S.C. §§ 12203 RETALIATION FOR EXERCISING AMERICANS WITH DISABILITIES ACT 1990, §§ 12132

NOTE: DEFAULT OF DEFENDANT HAS BEEN ENTERED FOR FAILURE TO RESPOND/ANSWER COMPLAINT

C.C.
CLERK OF COURT
JUDGE
FILE! DEFENDANT

EDDY FELIZ
1000 FOLLIES RD
DALLAS, PA 18612

Commonwealth of Pennsylvania
NOTARIAL SEAL
DANIEL C. DOUGLAS, Notary Public
Jackson Township, Luzerne County
My Commission Expires Oct. 24, 2009

<u>\* D E C L A R A T I O N \*</u>

F O R

<u>DEFAULT JUDGMENT BY THE CLERK OF COURTS</u>

EDDY FELIZ                                                         CIVIL ACTION
         V.                                                        02-3541
KINTOCK GROUP, ET AL.,

<u>\* J U D G M E N T \*</u>

EDDY FELIZ Declares Under the Penalty of Perjury:

1). I am the Plaintiff in the Above entitled Case.
2). The Kintock Group/Six (6) Defendants: Joseph Corbett, Carmen Montanez, Nicola Cucinotta, Derrick Coates, Diane Wiley, Darryl Olive, Having Failed to Answer, Plead, or otherwise Defend in this Civil Action, and Their Default Having been Previously entered and Docketed by the Clerk of Courts: <u>JUNE 9, 2006</u>.

   Now; Upon Application (Request) of the Plaintiff & Upon each Defendants Affidavit for a <u>"SUM CERTAIN"</u> (ORIGINAL COMPLAINT "RELIEF") KINTOCK/Six Defendants are Indebted to Plaintiff the Sum of $ <u>900,000</u> at $ <u>150,000</u> Jointly & Severally on each Defendant for Punitive Damages. Compensatory Damages of $ <u>800,000</u>/or what the Jury would have decided. And $ <u>31,800</u> on each Defendant Jointly & Severally as Nominal Damages, That the Defendants as a <u>WHOLE</u> have Defaulted for failure to appear/defend and defendants are NOT Infants, or Incompetent Individuals, and are Not in the U.S. Military, as Shown by the Affidavits Attached. IT IS HEREBY:

   ORDERED, ADJUDGED & DECREED for the Plaintiff recover the Sum (Amount Due) of $ <u>800,000</u> Compensatory, $ <u>900,000</u> Punitive, and $ <u>190,800</u> Nominal Damages, Plus Interest at the rate of 5% If Applies, and Cost.

   Pursuant to 28 U.S.C. 1746, I Declare Under the Penalty of Perjury that the foregoing is true and Correct. *[signature]* 5-26-07

C.C.                                                                                  P.
FILE:              DATE:_____          CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDDY A. FELIZ                    :           CIVIL ACTION

v.                               RECEIVED    NO: 02-3541

                                 JUN 0 1 2007
THE KINTOCK GROUP, ET AL.,                   HONORABLE:
DEFENDANTS                       :           PETRESE B. TUCKER
                                 :
                    *  O R D E R  *

         * ORDER FOR JUDGMENT BY DEFAULT *

    AND NOW, this_____day of_____, 2007
Upon the Circumstances, and the Merits underlined in the attached
Affidavits
    ~~Motion~~, Plaintiff Request for a Judgment By DEFAULT. F.R.C.P.
55(b), 1 or 2.

    Under Careful Consideration and for Good Cause, The ORDER
for Judgment by DEFAULT on the Six (6) Private Kintock Defendants
is here by: **GRANTED.**

                              Request
    Upon Analysis of this ~~Motion~~ By the Clerk, or ORDER by the
Court there May be a Hearing or a Jury Trial to Determine the Sum
in Damages The Plaintiff is Entitled to. ON THIS_____day of
_____,2007 at_____O'Clock in Room:_____of the U.S.
Courthouse, 601 Market St Phila Pa 19106.

        GRANTED
        Affirmed by Clerk                    GRANTED BY THE COURT
                            OR.

        _____                  _____
                                             PETRESE B. TUCKER, J.