IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Eddy Feliz

                                    02-CV-3541
                                    District Court Docket Number

        vs.

The Kintock Group, et al

Notice of Appeal Filed 5/30/07
Court Reporter(s)/ESR Operator(s)        N/A

Filing Fee:
        Notice of Appeal __Paid _X_ Not Paid __Seaman
        Docket Fee        __Paid _X_ Not Paid __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

_X_ Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

                                              Defendant's Address (for criminal appeals)

                                              Prepared by : _____
                                                            Fernando Benitez, Jr.
                                                            Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm