IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDDY FELIZ — PLAINTIFF/APPELLANT

v.

THE KINTOCK GROUP, et al.,

CIVIL ACTION

# 02-3541

DEAR CLERK, BENITEZ

RECEIVED
AUG 10 2007

## NOTICE REQUEST FOR CORRECTION

PLAINTIFF, EDDY FELIZ HEREBY SUBMITS THE KINTOCK GROUP'S FORWARDING ADDRESS FOR THE DEFENDANTS. "301 EAST ERIE AVENUE PHILA PA 19124" TO ALLOW THE COURT, U.S. MARSHALS & CLERK TO MAIL UN-EXECUTED COURT DOCUMENTS, ETC

## VITAL ACTION REQUIRED

DOCKET ENTRY DATED: 6-26-07 (CERTIFIED AND TRANSMITTED RECORD TO COURT OF APPEALS) SHOWS DOCKET # 42 WAS NOT INCLUDED! BY CLERK "O M".

PLAINTIFF STATES/REQUIRES THE APPEAL COURT CANNOT MAKE PROPER LEGAL ADJUDICATION (DETERMINATION) RE: # 46) REGARDING MOTION TO ENFORCE/INTERVENE & MOTION TO ALTER & AMEND THE JUDGEMENT. PLEASE HAVE THIS MOTION & EXHIBITS TRANSMITTED TO APPEALS COURT. RE: DOCKET # 42 ENTERED 4-5-07

CC
APPEALS COURT
FILE!

PLEASE RESPOND

DATED/MAILED: 8-7-07

Eddy Feliz
#CK-0068
1000 FOLLIES RD
DALLAS PA 18612