EDDY FELIZ - APPELLANT

V.

THE MINTOCK GROUP, et al

DISTRICT # 3541

APPEAL # 07-2805

RECEIVED OCT 05 2007

FILED
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

NOTICE                                   10-2-07

DEAR CLERK FERNANDO BENITEZ

ON TUESDAY OCTOBER 9, 2007 I WILL BE LEAVING THIS PRISON (ADDRESS). IT IS VITAL TO CHANGE MY MAILING ADDRES TO: EDDY FELIZ 334 MAGEE ST PHILA PA 19111.

CAN YOU RESPOND TO MY NEW ADDRESS AS CONFIRMATION; AND WHETHER A NEW JUDGE HAS BEEN APPOINTED TO CASE; 04-3695.

YOUR TIME & ATTENTION IS GREATLY APPRECIATED.

CORDIALLY
Eddy Feliz
EDDY FELIZ