IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDDY FELIZ
vs.
THE KINTOCK GROUP, et.al.,

CIVIL ACTION NO.
02-3541
AND
04-3695

~~MOTION~~ Change of ADDRESS

NEW ADDRESS IS: EDDY A. FELIZ
334 MAGEE STREET
PHILA, PA 19111

*[signature: Eddy Feliz]*